FILED
NOV 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1979

UNITED STATES DISTRICT COURT

~~████████████████████████~~

WASHINGTON DIVISION

FRANK L. MCCALL, JR.
DOC NO. 130746                    CIVIL ACTION NO. _____ SEC. P

VERSUS                            JUDGE _____

TIM WILKINSON,                    MAG. JUDGE _____

### AFFIDAVIT TO PROCEED *IN FORMA PAUPERIS*

I, FRANK L. MCCALL JR., prisoner/INS identification number 130746
  (Full Name)

declare that I am the ____ ✓ Petitioner/Plaintiff

* If you are a plaintiff in a civil rights action, are you serving a criminal sentence?
  ✓ yes ____ no

* If you are **not** serving a criminal sentence, are you being held pursuant to a detainer placed upon you by a government agency such as the Immigration and Naturalization Service? ____ yes ____ no

____ Movant (filing 28 U.S.C §2255 motion)

✓ Other 28 USC §2254(B)(ii)

in this case. In support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. §1915, I declare that I am unable to pay the full filing fee or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

RECEIVED
[illegible date]
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

2

In support of this application, I answer the following questions under penalty of perjury:

1. Are you incarcerated? ___✓___ yes _____ no

   If "Yes," state place of incarceration: **WINN Parish; P.O. BOX 1260 Hwy 560 Gum Springs Rd.- Winnfield, LA. 71483-1260**

   (If "No," this is the wrong form for you. You should request the Non-prisoner Declaration in Support of Request to Proceed *In Forma Pauperis*.)

2. Do you have a work, program, status assignment, or other circumstances which causes you to be paid by the prison, jail or other custodial institution? _____ Yes ___✓___ No

3. In the past 12 months have you received money from the following sources? If so, state the total amount received.

                                                                           **Amount**

   A. Business, profession, or other self-employment _____ Yes ___✓___ No $ **0.00**

   B. Rent payments, interest, or dividends _____ Yes ___✓___ No $ **0.00**

   C. Pensions, annuities, or life insurance payments _____ Yes ___✓___ No $ **0.00**

   D. Disability or Workers' Compensation Payments _____ Yes ___✓___ No $ **0.00**

   E. Gifts or Inheritances _____ Yes ___✓___ No $ **0.00**

   F. Any other sources _____ Yes ___✓___ No $ **0.00**

   If the answer to any of the above is "Yes," describe each source of money and state the amount received **and** the amount that you expect to continue to receive.

4. Do you have **any** cash or checking or savings accounts outside the prison?

   _____ Yes ___✓___ No    Amount $ **0.00**

4

5. Do you have a secondary savings account, such as a certificate of deposit or a savings bond?

_____ Yes    ✓ No    Amount $ 0.00

6. Do you own any assets including real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?

_____ Yes    ✓ No

If "yes," describe each asset and state its value:

**VALUE**

| | |
|---|---|
| Automobiles _____ | $ 0.00 |
| (Make/model/year) _____ | |
| Stocks _____ | $ 0.00 |
| Bonds _____ | $ 0.00 |
| Notes _____ | $ 0.00 |
| Real Estate _____ | $ 0.00 |
| $ 0.00 (Mortgage) | |
| Other _____ | $ 0.00 |

7. Have you on any prior occasion, while incarcerated or detained in any prison, jail, or other facility, brought an action in federal court that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief could be granted?    _____ Yes    ✓ No

If "yes," list the dismissals:

| Date Dismissed | Case Name | Case number | Court |
|---|---|---|---|
| | v. | | |
| | v. | | |
| | v. | | |

5

I declare under penalty of perjury that I have submitted above a complete statement of all of the assets that I possess and that all of the information set out above is true and correct.

Executed on  10/9/06
            (Date)

_____
(Signature of Applicant)

## AUTHORIZATION

I, FRANK L. McCOLL SR., prisoner/INS detainee identification number 130746 request and authorize the institution holding me in custody, to send to the Clerk of Court for the United States District Court, Western District of Louisiana, a certified copy of the statement for the last six months of my account at the institution where I am incarcerated and/or detained. If required by this court, I further authorize the institution holding me to forward from my account to the Clerk of Court any initial partial filing fee assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of this complaint or petition. Thereafter, if I am a prisoner and not an INS detainee, I authorize the institution of incarceration to forward monthly payments of 20 percent of my preceding month's income credited to my prison account to the Clerk of Court each time my balance exceeds $10.00 until I have paid the filing fee in full.

6

This authorization is furnished in connection with the commencement of a civil action, and I understand that the total amount of filing fees for which I am obligated is $250.00. I also understand if I am a prisoner and not an INS detainee that these fees will be debited from my account regardless of the outcome of my civil action. This authorization shall apply to any other institution into whose custody I may be transferred.

I further acknowledge that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of an inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

Dated: 10/9/06

_Frank L. McCall_ 130746
Signature of Prisoner

## CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, complete the below financial certificate. I understand that:

(1) if I commence a petition for Writ of Habeas Corpus in federal court pursuant to 28 U.S.C. §2254 or 28 U.S.C. §2241, the filing fee is $5.00, and such fee will have to be paid by me.

(2) if I file a civil action with this court (such as an action pursuant to 42 U.S.C. §1983) the filing fee is $250.00, and, that:

  (a) if my current account balance at the institution is $250.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $250.00 before I will be allowed to proceed with the action;

7

(b) if my current account balance at the institution is $250.00 or less and I am a prisoner and not an INS detainee, that before the action will be served on the defendants, I will be required to pay 20 percent of my average monthly balance, or the average monthly deposits to my account, whichever is greater. Thereafter I must pay installments of 20 percent of the preceding month's deposits to my account in months that my account balance exceeds $10.00, and I hereby authorize the institution where I am confined to make such deductions. I must continue to make installment payments until the $250.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement;

(c) if my current account balance at the institution is $250.00 or less and I am an INS detainee granted IFP status, I will not pay any of the $250.00 filing fee in a civil matter and will only pay $5.00 in a habeas matter. If I am an INS detainee and I am denied IFP status, I must pay the full $250.00 filing fee.

(3) I further state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member or any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

10/9/06
Date

FRANK L. McCALL, JR.
Printed Name of Applicant

Frank L. McCall, 130746
Signature and Prison Number of Applicant

8

*TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION OR DETENTION

I certify that **Frank McCall #130746** (Insert name of prisoner/detainee and number) has the current sum of $ **0** on account to his credit at **Winn Corr Center** (name of institution). I further certify that during the past six months the applicant's average balance was $ **0** and that the applicant's average monthly deposits were $ **10.00**.

I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does/does not **(circle one)** have a secondary savings account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any, is $ ___.

Dated: **Oct. 10, 2006**

*Irene Brew*
Signature of Authorized Officer

**Irene Brew**
Printed Name of Authorized Officer

9

```
DEPARTMENT OF CORRECTIONS                                      DATE : 10/09/06
INMATE MASTER RECORD INFORMATION                               TIME : 16:16:44
================================================================================
 DOC NUMBER...:  130746           STATUS.....: ACTIVE         INMATE ON DEBT
 LAST NAME    :  MCCALL           FIRST NAME : FRANK        M.I.: L
 SENT LENGTH  :  020 YRS. 00 MONS. 00 DAYS
 RACE         :  BLACK            DOC SYSTEM ENTRY DATE :  07/03/90
 SEX          :  MALE             DISCHARGE DATE :    04/13/90
 LAST UPDATE  :  10/06/06         SAVINGS BONDS   :    Y
================================================================================
 LIVING QTRS      : ELM WING 2, SEC. B        LIVING QTRS # : D043
                   WINNFIELD, LA
 WORK ASSIGNMENT  : WORK CREW                 WORK ASSIGNMENT # : D801
                   WNC                               PAY RATE : .040
 INC.PAY XFER FLAG:                           INC.PAY XFER DATE.:
================================================================================
 DRAWING BALANCE :  $        0.00    ->LAST 6 MONTH AVERAGE....:  $      0.00
 SAVINGS BALANCE :  $        0.00    ->LAST 6 MONTH AVERAGE....:  $      0.00
 TOTAL DEBT OWED :  $     2084.01      LAST 6 MTH AVG EARNINGS.:  $     10.00
 ACCRUED SALES   :  $       00.00         INSTITUTION LIMIT    :  $    100.00
 PERSONAL PROP. ACCRUED:$  0.00      PERSONAL PROPERRTY LIMIT:   $    250.00
================================================================================
    PRESS   XMIT  TO REQUEST ANOTHER INQUIRY :     (ENTER  X  TO CANCEL FUNCTION)
```

06 1978

**FILED**

NOV 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT