**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FRANK L. McCALL, Jr.,               )
                                    )
          Petitioner,               )
                                    )
v.                                  )    Civil Action No.    **06 1979**
                                    )
TIM WILKINSON, WARDEN,              )
                                    )
          Respondent.               )

## TRANSFER ORDER

This matter is before the Court on consideration of this petition for a writ of habeas corpus. Habeas corpus actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a habeas corpus action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). The Court therefore will transfer this matter to the district in which petitioner currently is incarcerated. Resolution of petitioner's application to proceed *in forma pauperis* is reserved for the transferee court to address. Accordingly, it is hereby

ORDERED that this action is TRANSFERRED to the United States District Court for the Western District of Louisiana.

Date: 11/2/06

_____
United States District Judge

3